936

No. 91–851.  MEDLEY *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–929.  KIMES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–942.  RICHARDSON ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–944.  COOPER ELECTRIC SUPPLY CO. ET AL. *v.* MARTIN, SECRETARY OF LABOR.  C. A. 3d Cir.  Certiorari denied.

No. 91–969.  ALLEN *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–982.  EMPLOYEES OF THE BUTTE, ANACONDA & PACIFIC RAILWAY CO., REPRESENTED BY THE UNITED TRANSPORTATION UNION ET AL. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–991.  GRIFFEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–1006.  U. S. MARINE CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–1007.  CAINE *v.* HARDY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–1026.  EAST ALABAMA HEALTH CARE AUTHORITY, DBA EAST ALABAMA MEDICAL CENTER *v.* AUBURN MEDICAL CENTER, INC., ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 91–1036.  JONES ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–1041.  TAITAGUE ET AL. *v.* FIRST ISLAND INDUSTRY, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–1062.  SCHATZ ET UX. *v.* WEINBERG & GREEN.  C. A. 4th Cir.  Certiorari denied.